UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTT CUNNINGHAM,**

    **Plaintiff,**

v.                                                           **CASE NO.: 8:22-cv-2519-JSM-CPT**

**DISH DBS CORPORATION**
**d/b/a ECHOSPHERE, LLC,**

    **Defendant.**
_____/

*UNOPPOSED* **MOTION TO SUBSTITUTE**
**PROPER CORPORATE DEFENDANT AND CORRECT STYLE OF CASE**

    Plaintiff, SCOTT CUNNINGHAM, by and through his undersigned counsel and without objection from Defendant, moves the Court for the entry of an Order substituting Defendant, DISH DBS CORPORATION d/b/a ECHOSPHERE, LLC, with the proper Defendant, DISH NETWORK SERVICE LLC, and correcting the style of the case to reflect the proper Defendant.

**MEMORANDUM OF LAW**

    In the Complaint in this matter, Plaintiff originally identified DISH DBS CORPORATION d/b/a ECHOSPHERE, LLC as the Defendant in this matter. Defendant's counsel advised Plaintiff's counsel that the proper Defendant in this matter should be DISH NETWORK SERVICE LLC.

    Based on Defendant's representation, Plaintiff hereby requests that the Court enter an order substituting DISH NETWORK SERVICE LLC as the

Defendant in this matter. Additionally, Plaintiff requests that the style of the case be changed to reflect the substitution of the proper Defendant. The relief requested in this motion will not prejudice either party. Moreover, Plaintiff consulted with Defendant's counsel prior to the filing of this motion and Defendant indicated it would not oppose said relief.

### RULE 3.01(G) CERTIFICATION

The undersigned counsel certifies that he communicated with Defendant's counsel who has no objection to this Motion.

Dated this 30th day of November, 2022.

        Respectfully submitted,

_____
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: gnichols@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of November, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send a notice of electronic filing to:

Jennifer A. Schwartz, Esq.
Jackson Lewis P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL 33131
Email:  Jennifer.Schwartz@jacksonlewis.com

*/s/ signature*

**LUIS A. CABASSA**